HARTMAN v. KAHN–FEINBERG CO.

(Supreme Court, Appellate Term.   November 14, 1906.)

APPEAL.—RETURNING RECORD FOR CORRECTION.

The record will be returned to the trial court for correction; the notice of appeal stating that plaintiff appeals from a judgment for costs against him, and the record showing a decision in plaintiff's favor for damages and costs.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 3, Appeal and Error, §§ 2830–2833.]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by David Hartman against the Kahn-Feinberg Company. From a judgment for defendant, plaintiff appeals. Record returned for correction.

Argued before GILDERSLEEVE, DUGRO, and DOWLING, JJ.

Edward Fillmore, for appellant.
Julius Silverman, for respondent.

PER CURIAM. The notice of appeal states that plaintiff appeals from a judgment against him in favor of defendant for $15 costs, whereas the record shows a decision in plaintiff's favor against defendant for $17.72 damages and costs.

There is clearly an error, and the record must be returned to the court below for correction.